UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

MICHAEL MAURICE BENNING,

        Plaintiff,

v.

UNKNOWN MORSE et al.,

        Defendants.

Case No. 1:25-cv-1602

Honorable Ray Kent

_____/

## ORDER OF TRANSFER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff is presently incarcerated at the St. Louis Correctional Facility in St. Louis, Gratiot County, Michigan. The events giving rise to Plaintiff's action occurred at the Central Michigan Correctional Facility (STF), which is also in St. Louis, Gratiot County, Michigan. Plaintiff sues the following STF personnel: Correctional Officer Unknown Morse, Correctional Officer Unknown Coston, Correctional Officer Unknown Volt, and Resident Unit Manager Unknown White. (Compl., ECF No. 1, PageID.1, 2.) In his *pro se* complaint, Plaintiff presents claims regarding events that occurred during his incarceration at STF. (*See generally id.*)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Gratiot County. Defendants are public officials serving in Gratiot County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Gratiot County is within the

geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District of Michigan. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis* and motion to appoint counsel, and this Court has not reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A, or 42 U.S.C. § 1997e(c).**

Dated:   December 3, 2025          /s/ Ray Kent
                                   Ray Kent
                                   United States Magistrate Judge